**Order filed October 11, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00434-CV
_____

## IN THE ESTATE OF KIMBERLIE DENISE MENARD, INCAPACITATED

On Appeal from Probate Court No. 3
Harris County, Texas
Trial Court Cause No. 261740-401

## O R D E R

Appellant Jessie Smith's brief was due October 1, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 31, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM